USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _______________
DATE FILED: 8/13/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

OHIO SECURITY INSURNACE COMPANY,

Plaintiff,

-v-

SELECTIVE INSURANCE COMPANY OF THE SOUTHEAST and TRAVELERS CASUALTY INSRUANCE COMPANY OF AMERICA,

Defendants.

------------------------------------------------------------- X

1:24-cv-8088-GHW

ORDER FOR ENTRY OF JUDGMENT

GREGORY H. WOODS, United States District Judge:

On May 21, 2026, the Court resolved the motions for summary judgment filed by Plaintiff Ohio Security Insurance Company ("Plaintiff") and Defendants Selective Insurance Company of the Southeast and Travelers Casualty Insurance Company of America ("Defendants") pending at Dkt. Nos. 42, 49, 50. The Court granted Plaintiff's motion in part, finding that Defendants have a duty to defend, and that the Selective Policy is primary to the Ohio Security Policy and the Travelers Policy. On August 7, 2026, the parties stipulated to the dismissal of Plaintiff's claims alleged within the remainder of Plaintiff's First and Third Claims for Relief seeking a declaration concerning the duty to indemnify, and requested the Court to enter a final judgment in this matter. Dkt. No. 70. The Clerk of the Court is directed to enter judgment in favor of Plaintiff on Plaintiff's Second and Fourth Claims for Relief in its complaint and on Plaintiff's request for declaratory judgment regarding the relative priority of the three insurance policies, and to close this case.

SO ORDERED.

Dated: August 13, 2026

GREGORY H. WOODS
United States District Judge