**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

OHIO SECURITY INSURANCE COMPANY,

Plaintiff,

-against-

24 **CIVIL** 8088 (GHW)

# JUDGMENT

SELECTIVE INSURANCE COMPANY OF THE SOUTHEAST and TRAVELERS CASUALTY INSRUANCE COMPANY OF AMERICA,

Defendants.

---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 13, 2026, the Court resolved the motions for summary judgment filed by Plaintiff Ohio Security Insurance Company ("Plaintiff") and Defendants Selective Insurance Company of the Southeast and Travelers Casualty Insurance Company of America ("Defendants") pending at Dkt. Nos. 42, 49, 50. The Court granted Plaintiff's motion in part, finding that Defendants have a duty to defend, and that the Selective Policy is primary to the Ohio Security Policy and the Travelers Policy. On August 7, 2026, the parties stipulated to the dismissal of Plaintiff's claims alleged within the remainder of Plaintiff's First and Third Claims for Relief seeking a declaration concerning the duty to indemnify, and requested the Court to enter a final judgment in this matter. Dkt. No. 70. Judgment is entered in favor of Plaintiff on Plaintiff's Second and Fourth Claims for Relief in its complaint and on Plaintiff's request for declaratory judgment regarding the relative priority of the three insurance policies; accordingly, the case is closed.

**Dated:** New York, New York

August 17, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**